**FILED**

SEP 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CARLOS ENRIQUE LEHDER RIVAS

    Petitioner,

VS.

HARLEY G. LAPPIN, Director
U.S. Bureau Of Prisons.
ATTORNEY GENERAL OF THE UNITED STATES
ROBERT S. MUELLER, Director
Federal Bureau of Investigation.
CHARLES E. SCHUMER, Senator
United States Congress.

Respondents, all sued in their
individual and official capacities.

MOTION PURSUANT TO 18 U.S.C. §
3006A (g) BY A FEDERAL PRISONER.

Case: 1:07-cv-01733
Assigned To : Roberts, Richard W.
Assign. Date : 9/26/2007
Description: Habeas Corpus-2255

MOTION FOR APPOINTMENT OF COUNSEL

  1. Comes Now, Petitioner Carlos Enrique Lehder Rivas, "Petitioner" or "Lehder" acting Pro-Se. Petitioner being a Federal Prisoner , pursuant to Title 18 U.S.C. § 30006A (g) request this Court to appoint counsel to represent him in this habeas petition for the following reasons:

2.  Plaintiff is a foreigner non resident of the United States, extradited to the United States for trial on 1987, and is not able to afford counsel. please see the pauperis affidavit in support attached to this motion.

3.  The issues involved in this case are of international and constitutional magnitud, too complex and serious which demand motions, hearings and litigation in front of the Court.

4.  The issues involved in this case require investigation which the Petitioner

( 1 )

2

Cannot do while in prison.

5. Petitioner has limited knowledge of the English language and as a foreign prisoner, also low knowledge of the United States litigation proceedings.

6. Petitioner is a Government witness, incarcerated at the Bureau Of Prisons Witsec Protection Unit, access to legal public information is very limited and the Law library is not equiped as in the Federal Correction facilities.

7. The end of justice would be best served in this case if an attorney was appointed by the Court to represent the Petitioner.

BRIEF IN SUPPORT OF APPOINTMENT OF COUNSEL

Petitioner has requested this Court to appoint counsel to represent him concerning the attached Petition for Writ of Habeas Corpus. The Court has the discretion pursuant to Title 18 U.S.C. § 3006A (g) to appoint counsel concerning matters brought pursuant to 28 U.S.C. § 2241. For the reasons stated in Petitioner's motion for appointment of counsel and based on the allegations contained in his Petition this Court should grant motion appointing counsel.

CASE LAW: "That when an indigent presents a colorable civil claim to a Court the Court, upon request, should order the appointment of counsel from the bar"   Hahn V McLey, 737, F 2d. 771 774 (8th Cir 1984)

"Hughes had a colorable case, but without the assistance of a lawyer was likely to be tripped by his opponent's lawyers"
Hughes V Joliet Correctional Center, supra. 931 F 2d At 429.(7th 1991)

[Petitioner Lehder, is unable to notarize this motion/affidavit. It is not posible at Witsec facilities, it would disclose inmates location]

WHEREFORE, Petitioner plea to the Court to grant motion for appointment of Counsel.   [Attached Affidavit & BoP's Copy of the 6-month trust fund account statement]

date......

Carlos Lehder # 06461-018
320 First St. N.W.
Room # 524
Washington DC 20534.

Respectfully submitted,

.......................
Carlos Enrique Lehder Rivas
#06461-018.

( 2 )

## PAUPERIS AFFIDAVIT

I Hereby certify that I am Carlos Enrique Lehder Rivas, a federal prisoner # 06461-018, serving a fifty five (55) year sentence, at a Bureau Of Prisons Witness Protection facility.

I further certify the following : I am currently bankrupt and pauper, have no assets, moneys or properties in the United States . I was extradited to the United States in year 1987, am not a resident of the United States.

Upon my public Court testimony in case U.S. V. Manuel Noriega, # 88-0079 H. HOEVELER (1992) Miami Division. Please See Cooperation Agreement attached. The respective authorities of the nations of the Bahamas and Colombia, obtained transcripts of Carlos Lehder's incriminatory Court testimony. The judicial and prosecutorial authorities of Bahamas and Colombia, proceeded to confiscate all real state properties owned by Petitioner Carlos Lehder .

Finally, the tribunals of the nations of Bahamas and Colombia, dictated veredicts order the definitive confiscation of any and all real state properties companies or assets owned by Carlos Lehder. therefore, rendering the Petitioner finantially bankrupt.

The Petitioner, is attaching a copy of the last 6 months, commissary account balance sheet (trust fund account statement) showing deposits. I certify that my BoP -INMATE ACCOUNT INQUIRY- shows that I have received a total of $ 2.383. Dollars in the last 6 months. Attached Account balance.

I receive $ 300, dollars a month from relatives in Colombia, to afford stamps and mailing needs, cantine and hygine and medical products as well telephone.

I work as a sanitation orderly, receiving $ 50 dollars a month salary. I have a pending $ 325.000 Dollar Court fine, and pay $ 50, dollars a month towards the imposed fine. I do not have any other source of incom; I can not afford to retain a lawyer or legal counsel.

I certify and verify under the penalty of perjury that all facts aforementioned in this Affidavit, are true and correct to the best of my knowledge and information.

US Bureau of Prisons, Date....         Signed...............................
                                        Carlos Enrique Lehder Rivas
                                        # 06461-018.

Attached Cooperation Agreement, document
Bureau Of Prisons, Account Inquiry computated balance.

( 3 )

# Inmate Account Inquiry

**Inmate Register Number:** 06461018

**Inmate Name:** CL.

**Facility:** MNA-5A

**Housing Unit:** MNA-5A

**Living Quarters:** S01-105U

## Account Balances

| Field | Amount |
|---|---|
| Account Balance | $0.01 |
| Pre-Release Acct Balance | $0.00 |
| Debt Encumbrance | $0.00 |
| SPO Encumbrance | $0.00 |
| Other Encumbrances | $0.00 |
| Outstanding Negotiable Instruments | $0.00 |
| Administrative Hold Balance | $0.00 |
| Available Balance | $0.01 |

## Transaction History

| Field | Amount |
|---|---|
| National 6 Months Deposits | $2,383.29 |
| National 6 Months Withdrawals | $2,597.71 |
| National 6 Months Avg Daily Balance | $154.82 |
| National Max Balance - Prev 30 Days | $26.48 |
| Local Max Balance - Prev 30 Days | $84.94 |
| Average Balance - Prev 30 Days | |

## FRP Plan

| Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Monthly | $50.00 | N.A. |

[Close]

07 1733
FILED
SEP 26 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Date: 09/04/2007
Time: 1:07:08 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: MNA

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | XXXXXXX | Living Quarters: | S01-105U |
| Inmate Name: | XXXX, XXXX XXXX XXX | Arrived From: | HOU |
| Current Site Name: | MNA | Transferred To: | |
| Housing Unit: | MNA-S-A | Account Creation Date: | 8/8/2001 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MNA | 03/18/2007 05:13:24 AM | 70178902 | | | Lockbox - CD | $300.00 | | $336.11 |
| MNA | 03/19/2007 12:11:52 PM | TFN0319 | | | Phone Withdrawal | ($3.00) | | $333.11 |
| MNA | 03/20/2007 11:29:28 AM | TFN0320 | | | Phone Withdrawal | ($3.00) | | $330.11 |
| MNA | 03/21/2007 07:07:51 AM | TFN0321 | | | Phone Withdrawal | ($2.00) | | $328.11 |
| MNA | 03/22/2007 09:25:26 AM | 11 | | | Sales | ($66.40) | | $261.71 |
| MNA | 03/22/2007 09:28:55 AM | 12 | | | Sales | ($4.40) | | $257.31 |
| MNA | 03/22/2007 09:53:07 AM | 24 | | | Sales | ($7.40) | | $249.91 |
| MNA | 03/23/2007 09:56:47 AM | TFN0323 | | | Phone Withdrawal | ($8.00) | | $241.91 |
| MNA | 03/23/2007 08:31:08 PM | TFN0323 | | | Phone Withdrawal | ($3.00) | | $238.91 |
| MNA | 03/27/2007 04:40:29 PM | TFN0327 | | | Phone Withdrawal | ($3.00) | | $235.91 |
| MNA | 03/28/2007 04:48:53 PM | TFN0328 | | | Phone Withdrawal | ($10.00) | | $225.91 |
| MNA | 03/29/2007 04:45:18 PM | TFN0329 | | | Phone Withdrawal | ($3.00) | | $222.91 |
| MNA | 03/30/2007 08:03:36 PM | TFN0330 | | | Phone Withdrawal | ($3.00) | | $219.91 |
| MNA | 03/31/2007 01:30:35 PM | TFN0331 | | | Phone Withdrawal | ($3.00) | | $216.91 |
| MNA | 04/01/2007 08:22:00 PM | TFN0401 | | | Phone Withdrawal | ($3.00) | | $213.91 |
| MNA | 04/03/2007 06:13:50 PM | TFN0403 | | | Phone Withdrawal | ($3.00) | | $210.91 |
| MNA | 04/04/2007 05:27:38 PM | TFN0404 | | | Phone Withdrawal | ($3.00) | | $207.91 |
| MNA | 04/05/2007 11:42:12 AM | 13 | | | Sales | ($95.50) | | $112.41 |
| MNA | 04/05/2007 12:57:31 PM | 52 | | | Sales | ($13.55) | | $98.86 |
| MNA | 04/05/2007 04:43:10 PM | TFN0405 | | | Phone Withdrawal | ($3.00) | | $95.86 |
| MNA | 04/06/2007 07:52:59 AM | GIPP0307 | | | Payroll - IPP | $54.38 | | $150.24 |
| MNA | 04/06/2007 08:22:30 AM | IIS013 | | | FRP Monthly Pymt | ($50.00) | | $100.24 |
| MNA | 04/07/2007 07:35:38 AM | TFN0407 | | | Phone Withdrawal | ($2.00) | | $98.24 |
| MNA | 04/09/2007 04:57:26 PM | TFN0409 | | | Phone Withdrawal | ($1.00) | | $97.24 |
| MNA | 04/09/2007 08:12:11 PM | TFN0409 | | | Phone Withdrawal | ($3.00) | | $94.24 |
| MNA | 04/10/2007 05:22:37 PM | TFN0410 | | | Phone Withdrawal | ($10.00) | | $84.24 |
| MNA | 04/11/2007 08:06:12 PM | TFN0411 | | | Phone Withdrawal | ($3.00) | | $81.24 |
| MNA | 04/12/2007 12:17:17 PM | 74 | | | Sales | ($62.95) | | $18.29 |
| MNA | 04/13/2007 09:35:02 AM | TFN0413 | | | Phone Withdrawal | ($6.00) | | $12.29 |
| MNA | 04/15/2007 08:45:52 PM | TFN0415 | | | Phone Withdrawal | ($3.00) | | $9.29 |

Date: 09/04/2007
Time: 1:07:08 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: MNA

## General Information

Inmate Reg #: XXXXXXXX
Inmate Name: XXXX, XXXX XXXX XXX
Current Site Name:
Housing Unit: MNA-S-A

Living Quarters: S01-105U
Arrived From: HOU
Transferred To:
Account Creation Date: 8/8/2001

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MNA | 04/19/2007 11:01:52 AM | 17 | | | Sales | ($6.90) | | $2.39 |
| MNA | 04/20/2007 10:35:08 AM | TFN0420 | | | Phone Withdrawal | ($2.00) | | $0.39 |
| MNA | 04/27/2007 05:08:47 AM | 70181801 | | | Lockbox - CD | $300.00 | | $300.39 |
| MNA | 04/27/2007 10:18:54 AM | TFN0427 | | | Phone Withdrawal | ($8.00) | | $292.39 |
| MNA | 04/27/2007 04:16:52 PM | TFN0427 | | | Phone Withdrawal | ($3.00) | | $289.39 |
| MNA | 04/30/2007 04:44:56 PM | TFN0430 | | | Phone Withdrawal | ($3.00) | | $286.39 |
| MNA | 05/02/2007 08:18:01 AM | TFN0502 | | | Phone Withdrawal | ($3.00) | | $283.39 |
| MNA | 05/03/2007 10:20:18 AM | 2 | | | Sales | ($133.95) | | $149.44 |
| MNA | 05/04/2007 08:22:59 AM | TFN0504 | | | Phone Withdrawal | ($9.00) | | $140.44 |
| MNA | 05/07/2007 01:27:24 PM | TFN0507 | | | Phone Withdrawal | ($3.00) | | $137.44 |
| MNA | 05/10/2007 11:20:48 AM | 51 | | | Sales | ($98.58) | | $38.86 |
| MNA | 05/10/2007 11:23:25 AM | 52 | | | Sales | ($6.60) | | $32.26 |
| MNA | 05/10/2007 06:55:02 PM | GIPP0407 | | | Payroll - IPP | $45.68 | | $77.94 |
| MNA | 05/10/2007 07:23:45 PM | IIS015 | | | FRP Monthly Pymt | ($50.00) | | $27.94 |
| MNA | 05/10/2007 07:28:40 PM | TFN0510 | | | Phone Withdrawal | ($8.00) | | $19.94 |
| MNA | 05/11/2007 10:40:41 AM | TFN0511 | | | Phone Withdrawal | ($2.00) | | $17.94 |
| MNA | 05/14/2007 05:21:56 PM | TFN0514 | | | Phone Withdrawal | ($3.00) | | $14.94 |
| MNA | 05/15/2007 08:38:19 AM | TFN0515 | | | Phone Withdrawal | ($3.00) | | $11.94 |
| MNA | 05/16/2007 03:29:06 AM | TFN0516 | | | Phone Withdrawal | $3.17 | | $15.11 |
| MNA | 05/16/2007 03:29:06 AM | TX051607 | | | Transfer - Out to TRUFACS | ($15.11) | | $0.00 |
| MNA | 05/31/2007 03:20:40 AM | TX053107 | | | Transfer - In from TRUFACS | $357.41 | | $357.41 |
| MNA | 05/31/2007 08:08:47 AM | TFN0531 | | | Phone Withdrawal | ($10.00) | | $347.41 |
| MNA | 05/31/2007 09:13:11 AM | 18 | | | Sales | ($89.60) | | $257.81 |
| MNA | 05/31/2007 10:21:05 AM | TFN0531 | | | Phone Withdrawal | ($5.00) | | $252.81 |
| MNA | 06/01/2007 02:40:48 PM | TFN0601 | | | Phone Withdrawal | ($3.00) | | $249.81 |
| MNA | 06/01/2007 05:46:51 PM | TFN0601 | | | Sales | ($3.00) | | $246.81 |
| MNA | 06/07/2007 11:50:29 AM | 56 | | | Sales | ($20.40) | | $226.41 |
| MNA | 06/08/2007 07:45:13 AM | GIPP0507 | | | Payroll - IPP | $26.80 | | $253.21 |

Date: 09/04/2007
Time: 1:07:08 pm

Facility: MNA

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Sensitive But Unclassified

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | XXXXXXX | Living Quarters: | S01-105U |
| Inmate Name: | XXXX, XXXX XXXX XXX | Arrived From: | HOU |
| Current Site Name: | MNA-S-A | Transferred To: | |
| Housing Unit: | | Account Creation Date: | 8/8/2001 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MNA | 06/11/2007 01:46:26 PM | TFN0611 | | | Phone Withdrawal | ($10.00) | | $243.21 |
| MNA | 06/12/2007 10:57:29 AM | TFN0612 | | | Phone Withdrawal | ($5.00) | | $238.21 |
| MNA | 06/12/2007 07:10:50 PM | TFN0613 | | | Phone Withdrawal | ($8.00) | | $230.21 |
| MNA | 06/13/2007 07:51:38 PM | TFN0613 | | | Phone Withdrawal | ($7.00) | | $223.21 |
| MNA | 06/14/2007 11:31:31 AM | 6 | | | Sales | ($123.70) | | $99.51 |
| MNA | 06/14/2007 11:34:07 AM | 7 | | | Sales | ($6.60) | | $92.91 |
| MNA | 06/14/2007 11:35:26 AM | 8 | | | Sales | ($26.00) | | $66.91 |
| MNA | 06/15/2007 05:23:47 PM | TFN0615 | | | Phone Withdrawal | ($12.00) | | $54.91 |
| MNA | 06/17/2007 01:01:10 PM | TFN0617 | | | Phone Withdrawal | ($8.00) | | $46.91 |
| MNA | 06/18/2007 10:25:55 AM | TFN0618 | | | Phone Withdrawal | ($10.00) | | $36.91 |
| MNA | 06/19/2007 08:56:51 AM | TFN0619 | | | Phone Withdrawal | ($10.00) | | $26.91 |
| MNA | 06/19/2007 12:04:00 PM | TFN0619 | | | Phone Withdrawal | ($10.00) | | $16.91 |
| MNA | 06/20/2007 05:02:06 PM | TFN0620 | | | Phone Withdrawal | ($7.00) | | $9.91 |
| MNA | 06/21/2007 10:34:32 AM | 54 | | | Sales | ($4.05) | | $5.86 |
| MNA | 06/22/2007 09:24:57 AM | TFN0622 | | | Phone Withdrawal | ($3.00) | | $2.86 |
| MNA | 06/23/2007 05:01:56 AM | 70185801 | | | Lockbox - CD | $300.00 | | $302.86 |
| MNA | 06/25/2007 09:29:06 AM | TFN0625 | | | Phone Withdrawal | ($7.00) | | $295.86 |
| MNA | 06/26/2007 10:44:54 AM | TFN0626 | | | Phone Withdrawal | ($6.00) | | $289.86 |
| MNA | 06/28/2007 10:11:18 AM | 12 | | | Sales | ($114.03) | | $175.83 |
| MNA | 06/28/2007 05:01:21 PM | TFN0628 | | | Phone Withdrawal | ($3.00) | | $172.83 |
| MNA | 06/29/2007 10:45:12 AM | TFN0629 | | | Phone Withdrawal | ($6.00) | | $166.83 |
| MNA | 06/30/2007 11:28:55 AM | TFN0630 | | | Phone Withdrawal | ($2.00) | | $164.83 |
| MNA | 07/02/2007 10:59:13 AM | TFN0702 | | | Phone Withdrawal | ($3.00) | | $161.83 |
| MNA | 07/02/2007 07:25:53 PM | TFN0702 | | | Phone Withdrawal | ($3.00) | | $158.83 |
| MNA | 07/03/2007 02:18:29 PM | TFN0703 | | | Phone Withdrawal | ($5.00) | | $153.83 |
| MNA | 07/05/2007 09:29:45 AM | 34 | | | Sales | ($86.05) | | $67.78 |
| MNA | 07/05/2007 04:56:04 PM | TFN0705 | | | Phone Withdrawal | ($2.00) | | $65.78 |
| MNA | 07/06/2007 10:08:24 AM | TFN0706 | | | Phone Withdrawal | ($8.00) | | $57.78 |
| MNA | 07/06/2007 08:25:11 PM | TFN0706 | | | Phone Withdrawal | ($3.00) | | $54.78 |
| MNA | 07/09/2007 08:03:55 AM | GIPP0607 | | | Payroll - IPP | $40.00 | | $94.78 |

Date: 09/04/2007
Time: 1:07:08 pm

## Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Sensitive But Unclassified

Facility: MNA

### General Information

Inmate Reg#: xxxxxxxx
Inmate Name: XXXX, XXXX XXXX XXX
Current Site Name:
Housing Unit: MNA-S-A

Living Quarters: S01-105U
Arrived From: HOU
Transferred To:
Account Creation Date: 8/8/2001

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MNA | 07/09/2007 08:42:48 AM | IIS019 | | | FRP Monthly Pymt | ($50.00) | | $44.78 |
| MNA | 07/09/2007 10:32:44 AM | TFN0709 | | | Phone Withdrawal | ($8.00) | | $36.78 |
| MNA | 07/09/2007 01:31:19 PM | TFN0709 | | | Phone Withdrawal | ($5.00) | | $31.78 |
| MNA | 07/10/2007 07:49:43 PM | TFN0710 | | | Phone Withdrawal | ($3.00) | | $28.78 |
| MNA | 07/11/2007 10:59:06 AM | TFN0710 | | | Phone Withdrawal | ($5.00) | | $23.78 |
| MNA | 07/12/2007 09:07:20 AM | TFN0711 | | | Phone Withdrawal | ($5.00) | | $18.78 |
| MNA | 07/12/2007 05:02:09 PM | TFN0712 | | | Bills | ($6.00) | | $12.78 |
| MNA | 07/14/2007 10:11:48 AM | TFN0714 | | | Phone Withdrawal | ($3.00) | | $9.78 |
| MNA | 07/15/2007 05:13:09 AM | 70187202 | 2345 | | Lockbox - CD | $300.00 | | $309.78 |
| MNA | 07/16/2007 07:30:36 PM | TFN0716 | | | Phone Withdrawal | ($8.00) | | $301.78 |
| MNA | 07/17/2007 07:53:53 AM | TFN0717 | | | Phone Withdrawal | ($8.00) | | $293.78 |
| MNA | 07/17/2007 04:19:16 PM | TFN0717 | | | Phone Withdrawal | ($2.00) | | $291.78 |
| MNA | 07/18/2007 10:56:19 AM | TFN0718 | | | Phone Withdrawal | ($8.00) | | $283.78 |
| MNA | 07/18/2007 05:06:11 PM | TFN0718 | | | Phone Withdrawal | ($2.00) | | $281.78 |
| MNA | 07/19/2007 12:27:00 PM | 69 | | | Sales | ($141.20) | | $140.58 |
| MNA | 07/19/2007 12:30:33 PM | 70 | | | Sales | ($1.90) | | $138.68 |
| MNA | 07/20/2007 09:27:14 AM | TFN0720 | | | Phone Withdrawal | ($5.00) | | $133.68 |
| MNA | 07/20/2007 02:52:49 PM | TFN0720 | | | Phone Withdrawal | ($3.00) | | $130.68 |
| MNA | 07/23/2007 06:26:37 PM | TFN0723 | | | Phone Withdrawal | ($8.00) | | $122.68 |
| MNA | 07/24/2007 10:29:31 AM | TFN0724 | | | Phone Withdrawal | ($8.00) | | $114.68 |
| MNA | 07/25/2007 04:22:02 PM | TFN0725 | | | Phone Withdrawal | ($2.00) | | $112.68 |
| MNA | 07/26/2007 10:10:52 AM | 12 | | | Sales | ($89.80) | | $22.88 |
| MNA | 07/26/2007 04:52:49 PM | TFN0726 | | | Phone Withdrawal | ($2.00) | | $20.88 |
| MNA | 07/27/2007 10:46:10 AM | TFN0727 | | | Phone Withdrawal | ($7.00) | | $13.88 |
| MNA | 07/28/2007 12:13:53 PM | TFN0728 | | | Phone Withdrawal | ($2.00) | | $11.88 |
| MNA | 07/29/2007 05:07:28 AM | 70188202 | | | Lockbox - CD | $300.00 | | $311.88 |
| MNA | 07/30/2007 08:23:07 AM | TFN0730 | | | Phone Withdrawal | ($6.00) | | $305.88 |
| MNA | 07/30/2007 01:49:38 PM | TFN0730 | | | Phone Withdrawal | ($2.00) | | $303.88 |
| MNA | 07/31/2007 02:09:41 PM | TFN0731 | | | Phone Withdrawal | ($8.00) | | $295.88 |
| MNA | 07/31/2007 02:32:22 PM | TFN0731 | | | Phone Withdrawal | ($8.00) | | $287.88 |

Date: 09/04/2007
Time: 1:07:08 pm

Facility: MNA

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Sensitive But Unclassified

### General Information

| | | | | |
|---|---|---|---|---|
| Inmate Reg#: | XXXXXXXX | Living Quarters: | S01-105U | |
| Inmate Name: | XXXX, XXXX XXXX XXX | Arrived From: | | |
| Current Site Name: | | Transferred To: | HOU | |
| Housing Unit: | MNA-S-A | Account Creation Date: | 8/8/2001 | |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MNA | 08/01/2007 10:46:14 AM | TFN0801 | | | Phone Withdrawal | ($3.00) | | $284.88 |
| MNA | 08/02/2007 08:45:53 AM | 3 | | | Sales | $3.30 | | $288.18 |
| MNA | 08/02/2007 09:47:39 AM | 42 | | | Sales | ($3.70) | | $284.48 |
| MNA | 08/02/2007 07:24:06 PM | TFN0802 | | | Phone Withdrawal | ($8.00) | | $276.48 |
| MNA | 08/03/2007 10:40:45 AM | TFN0803 | | | Phone Withdrawal | ($8.00) | | $268.48 |
| MNA | 08/03/2007 06:21:57 PM | TFN0803 | | | Phone Withdrawal | ($2.00) | | $266.48 |
| MNA | 08/06/2007 10:10:31 AM | TFN0806 | | | Phone Withdrawal | ($8.00) | | $258.48 |
| MNA | 08/06/2007 05:48:40 PM | TFN0806 | | | Phone Withdrawal | ($15.00) | | $243.48 |
| MNA | 08/08/2007 01:34:31 PM | TFN0808 | | | Phone Withdrawal | ($12.00) | | $231.48 |
| MNA | 08/09/2007 10:05:42 AM | 15 | | | Sales | ($111.15) | | $120.33 |
| MNA | 08/09/2007 10:22:09 AM | 19 | | | Sales | ($15.00) | | $113.03 |
| MNA | 08/09/2007 10:30:51 AM | TFN0809 | | | Phone Withdrawal | ($7.30) | | $98.03 |
| MNA | 08/10/2007 07:38:13 AM | GIPP0707 | | | Payroll - IPP | $50.03 | | $148.06 |
| MNA | 08/10/2007 08:07:28 AM | IIS021 | | | FRP Monthly Pymt | ($50.00) | | $98.06 |
| MNA | 08/13/2007 10:27:04 AM | TFN0813 | | | Phone Withdrawal | ($3.00) | | $95.06 |
| MNA | 08/13/2007 06:57:03 PM | TFN0813 | | | Phone Withdrawal | ($10.00) | | $85.06 |
| MNA | 08/14/2007 08:29:53 AM | TFN0814 | | | Phone Withdrawal | ($15.00) | | $70.06 |
| MNA | 08/14/2007 10:34:00 AM | TFN0814 | | | Phone Withdrawal | ($10.00) | | $60.06 |
| MNA | 08/15/2007 10:27:32 AM | TFN0815 | | | Phone Withdrawal | ($10.00) | | $50.06 |
| MNA | 08/16/2007 12:32:30 PM | 62 | | | Sales | ($31.35) | | $18.71 |
| MNA | 08/17/2007 10:33:48 AM | TFN0817 | | | Phone Withdrawal | ($10.00) | | $8.71 |
| MNA | 08/20/2007 10:36:10 AM | TFN0820 | | | Phone Withdrawal | ($6.00) | | $2.71 |
| MNA | 08/21/2007 05:07:02 AM | 70189801 | | | Lockbox - CD | $200.00 | | $202.71 |
| MNA | 08/21/2007 10:33:26 AM | TFN0821 | | | Phone Withdrawal | ($4.00) | | $198.71 |
| MNA | 08/21/2007 04:47:37 PM | TFN0821 | | | Phone Withdrawal | ($2.00) | | $196.71 |
| MNA | 08/23/2007 09:45:42 AM | 13 | | | Sales | ($101.10) | | $95.61 |
| MNA | 08/23/2007 10:28:08 AM | TFN0823 | | | Phone Withdrawal | ($5.00) | | $90.61 |
| MNA | 08/25/2007 05:19:06 PM | TFN0825 | | | Phone Withdrawal | ($3.00) | | $87.61 |
| MNA | 08/28/2007 10:33:43 AM | TFN0828 | | | Phone Withdrawal | ($10.00) | | $77.61 |
| MNA | 08/28/2007 06:04:58 PM | TFN0828 | | | Phone Withdrawal | ($4.00) | | $73.61 |

Date: 09/04/2007
Time: 1:07:08 pm

# Federal Bureau of Prisons
# TRUFACS
# Inmate Statement
Sensitive But Unclassified

Facility: MNA

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | XXXXXXX | Living Quarters: | S01-105U |
| Inmate Name: | XXXX, XXXX XXXX XXX | Arrived From: | HOU |
| Current Site Name: | | Transferred To: | |
| Housing Unit: | MNA-S-A | Account Creation Date: | 8/8/2001 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MNA | 08/30/2007 01:11:44 PM | | 52 | | Sales | ($44.60) | | $29.01 |
| MNA | 08/31/2007 10:36:15 AM | TFN0831 | | | Phone Withdrawal | ($3.00) | | $26.01 |
| MNA | 08/31/2007 11:51:57 AM | TFN0831 | | | Phone Withdrawal | ($2.00) | | $24.01 |
| MNA | 09/04/2007 10:34:14 AM | | | 2713 | Court Fees | ($5.00) | | $19.01 |
| Total Transactions: 263 | | | | | Totals | ($554.80) | $0.00 | |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| MNA | $19.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $19.01 |
| Totals: | $19.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $19.01 |

RESPONDENT's ADDRESSES

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>DIRECTOR FBI,<br>ROBERT S. MUELLER III<br>FEDERAL BUREAU OF INVESTIAGTION<br>-EDGAR HOOVER BUILDING-<br>10th and Constitution Ave N.W.<br>WASHINGTON DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2760 0002 6516 8561 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

CONGRESSMAN CHARLES E. SCHUMER
DIRKSEN SENATE OFFICE BUILDING
WASHINGTON DC 20510-6275

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number (Transfer from service label)   7006 2760 0002 6516 8554

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

B. Received by (*Printed Name*)   C. Date of Delivery

1. Article Addressed to:

PAUL CLEMENT, Attorney General
Of The United States
Department Of Justice
Constitution Avenue and Tenth
Street N.W. Washington DC 20530

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number (Transfer from service label)   7006 2760 0002 6516 8547

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

HARLEY G. LAPPIN,
Director US Bureau Of
Prisons. 320 First St N.W.
Washington DC 20534.

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number (Transfer from service label)   7006 2760 0002 6516 8585