UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Carlos Enrique Lehder Rivas, | ) | |
|        Petitioner, | ) | |
| v. | ) | Civil Action No. 07-1733 (RWR) |
| Harley G. Lappin, *et al.*, | ) | |
|        Respondents. | ) | |

### ORDER DIRECTING RESPONDENTS TO SHOW CAUSE

It is hereby

ORDERED that the Respondents, by counsel, shall within 45 days of service of a copy of this Order and the Petition herein file with the Court and serve on Petitioner a statement showing why the Writ of Habeas Corpus should not be granted. It is

FURTHER ORDERED that the Clerk of Court shall furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service on each Respondent, and is directed to send a copy of the Petition to the United States Attorney for the District of Columbia.

SO ORDERED.

                                                  _____/s/_____
                                                  RICHARD W. ROBERTS
                                                  United States District Judge

Date: October 24, 2007