UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Carlos Enrique Lehder Rivas,           )
                                        )
      Petitioner,                )
                                        )
v.                                      )      Civil Action No. 07-1733 (RWR)
                                        )
Harley G. Lappin, *et al.*,             )
                                        )
      Respondents.              )

## ORDER

Respondents have filed a motion to transfer this action to the United States Court of Appeals for the Eleventh Circuit. Petitioner is advised that the Court will rule on the respondents' motion taking into consideration the facts proffered by him in his petition, along with his response or opposition to the motion. Further, the petitioner's attention is directed to Local Civil Rule 7(b), which states:

> Within . . . such . . . time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

LCvR 7(b). Additionally, the petitioner is directed to Rule 6(d) of the Federal Rules of Civil Procedure which provides:

> When a party may or must act within a specified time after service and service is made [by mail or by other means consented to in writing by the person served], 3 days are added after the period would otherwise expire....

Fed. R. Civ. P. 6(d).

    The Court may treat as conceded any motion not opposed within the time limits outlined

above. *Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined above. Thus, failure to respond to the respondents' motion in this case carries with it the risk that the case will be dismissed.

    ORDERED that, on or before **January 14, 2008**, petitioner shall file his opposition or response to respondents' motion. If petitioner fails to respond timely, the Court may grant respondents' motion as conceded.

    SO ORDERED.

    Signed this 13th day of December, 2007.

                                                 /s/
                                    RICHARD W. ROBERTS
                                    United States District Judge