United States District Court
For The District of Columbia

**RECEIVED**
JAN 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Carlos E. Lehder Rivas.
    Petitioner -

Vs.

Harley G. Lappin et al.

Civil Action
No. 07-1733 (RWR)
(Pro Se)

Motion For Extension of Time
To Respond, Due To Medical Reasons.

COMES NOW, Petitioner Lehder, Pleading the Honorable Court for an Extension of Time to Respond to Respondent's Motion, for the following unexpected circumstances.

(A) Petitioner Received The Court's Order, from BoPrisons' officials, only Today. 1-8-2008. Apparently Christmass delates.

(B) Attached is a copy of the mailing envelope From The Court's Clerk's office and the Today's-Received - BoP Stamped January 08.



1

(C) The Petitioner is recovering and still convalecent, from lacerations and cuts on face plus multi-skull fractures, consequence of a brutal assault on him by a violent inmate. Petitioner's face was separated from his skull.

(D) Under surgery, Petitioner's face was reconstructed and metal clips placed on his eyebrow, cheek bones and nose, and hundreds of stitches under his face.

(E) At the Segregation Year, housing him there is not a law library nor a typewriter available.

(F) Petitioner is recovering and firmly anticipates that in 70 days (seventy) from today, he will be legally capable of responding to Respondents' motion.

(G) Under Federal Rules, the Court has the power to grant an extension of time to respond in view of the aforementioned medical impediment circumstances.

(H) WHEREFOR, Petitioner Respectfully pleads the Court to grant this Timely motion for extension of time, until March 15, 2008, to file a response.

The Petitioner declares under the penalty of purgury that the foregoing is true and correct.

Date, January 8/2008.

Sincerely Submitted

Carlos Lehder.
Fed. inmate # 06461-018.

3

- Certificate of Service -

I, Petitioner Carlos Lehder, hereby certify that a full copy of the foregoing Motion for Extension of Time to Respond has been given to Bureau of Prison Officials to send via U.S. Mail upon Assistant U.S. Attorney, Timothy W. Lucas, 555 4th Street, N.W. Room, 10-443 Washington DC. On this date: 1-9-2008

Sincerely,

Date: 1-9-2008

Carlos Lehder
Fed. Inmate 06461-018

4

- United States District Court
for the District of Columbia -

