From: Carlos Enrique Lehder
federal Inmate #06461-018
320 First St. N.W.
Room # 524 IMS
Washington DC 20534.

TO: Honorable Michael Mukasey
Attorney General Of The United States
Of America.
Department Of Justice
Washington DC.



RECEIVED
MAY - 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Honorable Attorney General,

REQUEST FOR APPOINTMENT OF INDEPENDENT COUNSEL
Pursuant Chapter 40 "Independent Counsel"
Title 28 U.S.C.A. § 591 (c) (2)

   I, Federal inmate, Carlos E. Lehder, respectfully request the Attorney General of the United States, to appoint an independent counsel to replace the Assistant U.S. Attorney Timothy W. Lucas, in representig the United States, in the herein and attached current case No: 1: 07-cv-01733, in the United States District Court for the District Of Columbia, case assigned on Sept 2007, to the Honorable Judge Richard W. Roberts; Description, Habeas Corpus. 2241.

   The Respondents in said case are as follows :

   HARLEY G. LAPPIN, Director U.S. Bureau Of Prisons
   (PAUL CLEMENT) MICHAEL MUKASEY, Attorney General of the United States
   ROBERT S. MUELLER, Director Federal Bureau Of Investigation.
   **CHARLES E. SCHUMER, Senator, United States Congress. ea.**
   [Respondents all sued in their individual and official capasities]

I request under the law, that the Attorney General "shall conduct a preliminary investigation in accordance with 592 whenever the Attorney General receives information sufficient to investigate " in this case specifically Respondent Charles E. Schumer, currently a United States Senator, (US Congress).

( 1 )

History of Congressman Charles E. Schumer's Interferance, tampering and retaliating against Federal Witnesses -Obstruction of Justice- is presented on GROUND THREE of my Petition for a Writ Of Habeas Corpus, and on pages 16 through 28, and exhibits.

I, Carlos Lehder, entered in 1991, into a Cooperation Agreement with the United States, to render substantial assistance in case <u>US V. Manuel Noriega et al.</u>

The Petition for a Writ Of Habeas Corpus is self explanatory and corroborates in great detail the interferance that Congressman Charles E. Schumer, engaged in to Obstruct my Reduction Of Sentence Rule 35, proceeding, by intimidating and manipulating officials of the US Dept Of Justice.

I appeal to the Attorney General Of The United States to apply the Law and valid statutes 592 (c) (1), and after analysis and considerations, for the Attorney General to apply to the Division Of The Court, for **appointment of an independent Counsel** as representative of the United States in case Carlos Lehder Vs. Charles E Schumer et al, No: 1:07-cv-01733, In the United States District Court for the District of Columbia, Washington DC, as prompt as possible.

Such decision will guarrantee the fairness of the process and avoid any new interferance by Congressman Charles E. Schumer, preventing any Obstruction Of Justice.

Please See, Attached copy of Petition for a Writ Of habeas Corpus

Respectfully submitted and requested in the best interest of justice:

Date : May 4, 2008.

.......................................
Carlos E. Lehder # 06461-018
BoP, Witness Protection Facility.

Copy To :

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
HONORABLE JUDGE RICHARD W. ROBERTS
& CLERK OF THE COURT Room 1225
333 Constitution Avenue NW.
Washington DC 20001.