# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Carlos Enrique Lehder Rivas,        )
                                    )
                Petitioner,         )
                                    )
    v.                              )        Civil Action No. 07-1733 (RWR)
                                    )
Harley G. Lappin, *et al.*,         )
                                    )
                Respondents.        )

## TRANSFER ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that petitioner's motions for appointment of counsel [Dkt. #2, 12] are

DENIED WITHOUT PREJUDICE.  It is further

ORDERED that respondents' motion to transfer [Dkt. #6] is GRANTED.  It is further

ORDERED that this civil action is TRANSFERRED under 28 U.S.C. § 1631 to the

United States Court of Appeals for the Eleventh Circuit.

SO ORDERED.

Signed this 17th day of June, 2008.

_____
        */s/*
RICHARD W. ROBERTS
United States District Judge